# UNITED STATES DISTRICT COURT
# PRE-INDICTMENT PLEA MINUTES

Date: 10/31/2014  Case No.: 1:14-CR-00341TSE-1
Time: 12:05PM-1:00PM (00:55)  Interpreter: N/A

_____

HONORABLE **T.S. ELLIS, III**, United States District Judge, Presiding

| Margaret Pham | Michael A. Rodriquez |
|---|---|
| Courtroom Deputy | Court Reporter |

**UNITED STATES OF AMERICA**

Deft. Appeared: ( X ) in person    ( ) FTA
v.                      ( X ) w/ Counsel ( ) w/o Counsel

**SOON THIAM YAP**

| PHOENIX A. HARRIS | ADAM PTASHKIN |
|---|---|
|  | ANDREW PETERSON |
| Counsel for Defendant | Counsel for Government |

**Matter called for**:
[ **X** ] Pre Indictment Plea    [ ] Change of Plea    [ ] Plea Agreement

**Filed in open court**:
[ **X** ] Information    [ **X** ] Plea Agreement    [ **X** ] Statement of Facts    [ **X** ] Waiver of Indictment

**Plea Agreement**:
[ ] WFA    [ ] FA    [ **X** ] PG    [ ] PNG

[ **X** ] Deft entered Plea of Guilty as to Count <u>1</u> of the [ ] Indictment    [ **X** ] Information

[ **X** ] Plea ACCEPTED

[ ] Order's entered in open court

[ **X** ] Deft. Directed to USPO for PSI    [ **X** ] Yes    [ ] No

[ **X** ] Case continued to **FRIDAY, FEBRUARY 13, 2015 @ 9:00AM** for:

[ ] Jury Trial    [ ] Bench Trial    [ ] Pre-Guidelines Sentencing    [ **X**] Guidelines Sentencing

[ ] Release Order Entered    [ ] Deft Remanded    [ **X** ] Deft Released on Bond    [ ] Deft Continued on bond

- $10,000.00 PR BOND
- Defendant is to remain/not move from current address
- Refrain from use of narcotics/alcohol
- Surrender foreign passport to counsel
- Shall not violate any state, federal, or local laws