JS 45 (01/2008)     **REDACTED**

# Criminal Case Cover Sheet     **U.S. District Court**

**Place of Offense:**    Under Seal: Yes ___ No X    Judge Assigned: TSE

City _____    Superseding Indictment ___    Criminal Number: 1:14cr341

County/Parish Fairfax    Same Defendant ___    New Defendant X

Magistrate Judge Case Number _____    Arraignment Date: _____

Search Warrant Case Number _____

R 20/R 40 from District of _____

Related Case Name and No: Nancy Marie Yap 1:14mj

**Defendant Information:**

Juvenile --Yes ___ No X    FBI # _____

Defendant Name: Soon Thiam Yap    Alias Name(s) _____

Address: _____

Employment: _____

Birth date xx/xx/1964   SS# _____   Sex F   Def Race _____   Nationality Malaysia   Place of Birth Malaysia

Height 5'6"   Weight 170   Hair Black   Eyes Brown   Scars/Tattoos _____

Interpreter: X No ___ Yes List language and/or dialect: _____ Automobile Description _____

**Location Status:**

Arrest Date _____

___ Already in Federal Custody as of _____ in _____

___ Already in State Custody    ___ On Pretrial Release    X Not in Custody

___ Arrest Warrant Requested    ___ Fugitive    ___ Summons Requested

___ Arrest Warrant Pending    ___ Detention Sought    ___ Bond

**Defense Counsel Information:**

Name: Pheonix Ayotte Harris    ___ Court Appointed    Counsel conflicted out: _____

Address: _____    X Retained

Telephone: _____    ___ Public Defender    Federal Public Defender's Office conflicted out: ___

**U.S. Attorney Information:**

SAUSA Adam Ptashkin    Telephone No: 703-299-3700    Bar # _____

**Complainant Agency, Address & Phone Number or Person & Title:**

SA Anthony Woodard, ICE

**U.S.C. Citations:**

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 U.S.C § 1546(a) | False statement with respect to a material fact in a document required by immigration laws | 1 | Felony |
| Set 2 | | | | |
| Set 3 | | | | |

(May be continued on reverse)

Date: 10/8/14    Signature of SAUSA: /s/ Adam Ptashkin